UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: Gina Marie Clanton                                   CASE NO.: 10-80117
       7124 Hickory Grove Road
       Deville, LA 71328

**FIRST MODIFIED CHAPTER 13 PLAN**
**ALL CHANGES TO PREVIOUS PLAN ARE UNDERLINED**

I. Debtor proposes to pay by direct pay into the Chapter 13 Plan monthly payments of $305 for thirty-six (36) months.

II. Claims to be paid directly by debtor.

| Creditor | Estimated Balance Due | Monthly Payment |
|---|---|---|
| **Evangeline Bank & Trust** collateral - 2008 Ford F-350 (Paid by husband) | $ 29,736.00 | $ 600.00 |
| **Evangeline Bank & Trust** collateral - 2005 Chevrolet Tahoe (Paid by husband) | $ 18,680.00 | $ 418.00 |
| **Evangeline Bank & Trust** collateral - ½ community property interest in 5 acres of land (Paid by husband) | $ 18,000.00 | $ 200.00 |
| **Evangeline Bank & Trust** collateral - 1994 Dump truck (Paid by husband) | $ 28,832.68 | $ 300.00 |
| **Evangeline Bank & Trust** collateral - 2008 Yamaha Rhino (Paid by husband) | $ 7,510.50 | $ 250.00 |
| **John Deere Credit** collateral - John Deere Zero Turn mower (Paid by husband) | $ 6,380.00 | $ 178.00 |
| **Southern Heritage Bank** collateral - 2nd mortgage on Residence (Paid by husband) | $ 34,000.00 | $ 400.00 |
| **Wells Fargo Home Mortgage** collateral - Residence (Paid by husband) | $178,348.00 | $1,600.00 |
| **HSBC/Sony** collateral - Credit Card (Paid by husband) | $ 3,721.00 | $ 150.00 |

III. Claims to be paid by Trustee.

**A. ATTORNEY AND ADMINISTRATIVE FEES.** McBride and Collier shall receive attorney and administrative fees of $3,144, which includes attorney fees of $2,800, court costs fee of $274, credit counseling fee of $40, credit report fee of $30. The Trustee shall receive fees of approximately 10% of plan payments.

**B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below. **NONE**

**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below: **NONE**

**D. GENERAL UNSECURED CLAIMS.** Unless specifically listed above, all other claims will be treated as General Unsecured Claims, and will receive a minimum of 15% of their claims.

| | | | |
|---|---|---|---|
| Amex | $ 9,103 | Chase | $ 7,168 |
| Christus St. Frances Cabrini | $ 1,460 | Discover | $ 2,643 |
| Discover Financial | $12,956 | Mid LA Anesthesia | $ 226 |
| Mid LA Anesthesia | $ 473 | | |

IV. **TAX PLEDGE.** In the event that: (1) the plan does not pay 75% to unsecured creditors or (2) there are tax debts, or (3) the debtor(s) income is below the median income, the debtor(s) will dedicate his/her/their tax refunds **EXCEPT EARNED INCOME CREDIT** to the Trustee for the 2009, 2010 and 2011 tax years.

Respectfully submitted this 22nd day of April, 2010.

**MCBRIDE & COLLIER**

/s/ Thomas C. McBride
THOMAS C. MCBRIDE, # 9210
VIRGINIA W. BROWN, # 2194
301 Jackson Street, Suite 101
Alexandria, LA 71301
Phone: (318) 445-8800